UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT
FUNDS,

        Plaintiffs,

vs.

Case No. 07-CV-13328

HON. GEORGE CARAM STEEH

STP INC. - CONSTRUCTION
SERVICES,

        Defendant.

_____/

## ORDER DENYING AS MOOT
## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
## AND GRANTING DEFENDANT'S MOTION TO SET ASIDE THE DEFAULT

On January 15, 2008, this court held a telephone status conference in this matter. During that conference, plaintiffs agreed to withdraw their motion for default judgment because they are filing an amended complaint on or before January 22, 2008. Accordingly, plaintiffs' motion for default judgment hereby is DENIED AS MOOT and the defendant's motion to set aside the default is hereby GRANTED.

    SO ORDERED.

Dated: January 15, 2008

                                     S/George Caram Steeh
                                     GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 15, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk